**Kalvin MARSHALL, Plaintiff–Appellant,**

v.

**Robert E. PAYNE, Judge; Henry E. Hudson, Judge, Defendants–Appellees.**

No. 15–6988.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2015.

Decided: Oct. 20, 2015.

Kalvin Marshall, Appellant Pro Se.

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kalvin Marshall appeals the district court's orders denying relief on his com- plaint filed pursuant to *Bivens v. Six Un- known Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and denying his mo- tion for reconsideration. We have re- viewed the record and find no reversible error. Accordingly, we affirm for the rea- sons stated by the district court. *Mar- shall v. Payne,* No. 3:13–cv–00286–JRS, 2015 WL 1526226 (E.D.Va. Apr. 3, 2015; June 9, 2015). We dispense with oral ar- gument because the facts and legal conten- tions are adequately presented in the ma- terials before this court and argument would not aid the decisional process.

*AFFIRMED.*